IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALIA C. VALLE, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:19-CV-02357-E-BK |
| | § | |
| WF DONUTS LLC, et. al, | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. No. 5). Plaintiff has failed to object to the findings, conclusions, and recommendation within fourteen days as proscribed by Federal Rule of Civil Procedure 72(b)(2). After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the findings, conclusions, and recommendation are correct and free of clear error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted. This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and for want of prosecution.

**SO ORDERED.**

Signed December 31, 2019.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE